IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | ) | **Case No.:  4:23-cv-00066-Y** |
| Plaintiffs, | ) | |
| v. | ) | **INTERVENORS' REPLY TO** |
| | ) | **[DOC. 10]** |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EMANUEL MCCRAY, *On Behalf of* | ) | |
| *Himself and All Others Similarly Situated,* | ) | |
| | ) | |
| Intervenors-Plaintiffs. | ) | |
| | ) | |

Perry Mason once said: "Murder is usually very simple. It's the getting away with it that's real complicated and tricky".[1]

In their Response, Doc. 10, Defendants advance several legal theories and precedents in opposition to the motions to intervene and for class certification.

---

[1] Perry Mason. *The Case of the Frantic Flyer.* Season 3, Episode 12. @ 50:36. Available from https://www.amazon.com/gp/video/detail/B077LXZRSX/ref=atv_dp_season_select_s3.

1

Defendants' arguments, like those advanced by the Plaintiffs, are akin to an elegantly decorated inedible cake.

Defendants argue that "McCray's motion to intervene should be denied because he cannot represent the class that he purports to represent", Doc. 10 at 3, and "McCray's motion to intervene should be denied because he cannot show that he meets the requirements for intervention." (Doc. 10 at 4)

The Defendants are confused. McCray filed his motions pursuant to Rule 24 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Declaration of Independence, our sovereign power reserved to the People in the Tenth Amendment, and our power as a group acting as a class pursuant to *Bond v. United States,* 572 U.S. 844, 853 (2014),[2] and *Califano v. Yamasaki,* 442 U.S. 682, 700, (1979).[3] (Doc. 5 at 2).

Defendants further argue that "McCray's motion to intervene should be denied for failure to comply with the Local Civil Rules" regarding "a certificate of conference". (Doc. 10 at 6)

Again, the Defendants are confused. N.D. TEX. L.R. 7.1(a), in part, provides that: "Conferences are not required. . .when a conference is not possible." N.D. Tex. L.R. 7.1(b)(3) further provides that:

---

[2] Holding that: "'An individual may 'assert injury from governmental action taken in excess of the authority that federalism defines.'"

[3] Holding that "class relief is appropriate in civil actions brought in federal court, including those seeking to overturn determinations of the departments of the Executive Branch of the Government in cases where judicial review of such determinations is authorized…. Indeed, a wide variety of federal jurisdictional provisions speak in terms of individual plaintiffs, but class relief has never been thought to be unavailable under them."

2

"If a conference was not held, the certificate must explain why it was not possible to confer, in which event the motion will be presumed to be opposed."

McCray provided the certification required by Local Rule 7.1(a) and (b)(3), as follows:

"In accordance with Local Rule 7.1(b)(3), a conference was not held because the Defendants have not made an appearance as of January 29, 2023. The last action on the Docket occurred on January 19, 2023 with the issuance of the Summons as to all Defendants. This motion must be presumed to be opposed." (Doc. 6 at 2.)

To state differently, Defendants concede that, after being served on the dates indicated in Doc. 4 with Summons and a copy of the Complaint filed by Texas and Oklahoma, they did not file a Notice of Attorney Appearance until March 3, 2023, which simply left no one with whom to confer regarding McCray's motions filed on February 10, 2023. See Doc. 10 ¶¶ 2-3.

The question before the Court is very important due to recent developments in the ongoing COVID-19 pandemic. On March 2, 2023, McCray filed a Motion to Intervene ("Delaware Intervention") in *Arbutus Biopharma Corporation et al. v. Moderna, Inc. et al,* Case No. 1:22-cv-00252-MSG, in the U.S. District Court District of Delaware (Wilmington).

The Delaware Intervention was sought after the United States (the Government) appeared "on behalf of its Department of Health and Human Services and Department of Defense" to assert as an affirmative defense, the fact that the

3

United States granted Moderna, Inc. and ModernaTX, Inc. "its 'authorization and consent' to manufacture and use inventions covered by United States patents under Contract No. W911QY-20-C-0100 (the '-0100 Contract)".

The Delaware Intervention sought a narrow declaration that "the '-0100 Contract" and 28 U.S.C. § 1498, were unavailable for use by Moderna, Defendant HHS and the Department of Defense to shift (1) Moderna's liabilities for infringements of patents owned by Arbutus Biopharma and (2) Moderna's liabilities for the safety and efficacy of the vaccine products made from these infringements" to the People of the United States. (*Id.* D.I. 60-1 ¶ 6.)

On March 8, 2023, the Honorable Judge Mitchell S. Goldberg denied McCray's Motion To Intervene after finding, *inter alia,* that standing to intervene was unavailable to McCray in patent cases and that "even if Defendants are ultimately successful in having part of the current patent litigation transferred to the Court of Federal Claims, there will be no impact on McCray's tort claims against Defendants in another jurisdiction." (*Id.* D.I. 63 ¶¶ 6, 8, attached hereto as Intervenors' Reply Exhibit 1). Judge Goldberg next gave the Plaintiffs permission to discover the '-0100 Contract unredacted. (*Id.* D.I. 64, attached hereto as Intervenors' Reply Exhibit 2).

The redacted version of the '-0100 Contract and its amendments were filed by Moderna with the Securities and Exchange Commission as part of its Form 10-K

4

filings for the years ending December 31, 2020 and December 31, 2021. These contracts were executed pursuant to Public Law 115–92, §1(a), 131 Stat. 2023 [21 U.S.C. §360bbb–3(b)(1)(B)], a "counterterrorism" legislation:

> "An Act To amend the Federal Food, Drug, and Cosmetic Act to authorize additional emergency uses for medical products to reduce deaths and severity of injuries caused by agents of war, and for other purposes."

To state differently, the use of Public Law 115–92, §1(a) by Moderna and Defendant HHS to develop COVID-19 vaccines converted "SARS-COV-2" into an "agent[] of war" and the COVID-19 pandemic into a declaration of biological war by the World Health Organization and the Communist Party of China, in violation of the Biological Weapons Anti-Terrorism Act of 1989 (the "Biological Weapons Act"), Pub. L. No. 101-298, 104 Stat. 201 (1990) (codified as amended at Chapter 10, 18 U.S.C. §§ 175 - 178 (2021).

On April 30, 2020, President Trump confirmed during a White House Press Conference[4] that the Communist Party of China and the WHO attacked the United States with a virus that originated with the Wuhan Institute of Virology. When asked whether he had seen anything that gave him a "high degree of confidence that the Wuhan Institute of Virology was the origin of this virus", President Trump

---

[4] *Remarks by President Trump on Protecting America's Seniors.* White House East Room. April 30, 2020. Available from https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-protecting-americas-seniors/.

responded: "Yes, I have. Yes, I have…. I think the World Health Organization should be ashamed of themselves."

When pressed on his "high degree of confidence", President Trump responded: "I can't tell you that. I'm not allowed to tell you that."

For its counterclaim, Moderna cited a non-peer reviewed Preprint[5] which was co-authored by Moderna, Inc. and the National Institute of Allergy and Infectious Diseases (NIAID), among others. The Preprint, which was funded by Defendant HHS and the NIAID, made no reference to the full genome sequence of the SARS-CoV-2 virus which was first submitted by the Shanghai Public Health Clinical Center & School of Public Health, Fudan University, Shanghai, China to the U.S. National Institutes of Health (NIH) on January 5, 2020 as "Primary Locus Genome Sequence GenBank No. MN908947" (Severe acute respiratory syndrome coronavirus 2 isolate Wuhan-Hu-1, complete genome).[6]

On January 10, 2020, after the genome sequence was made public in the NIH's "GenBank", Edward "Eddie" C. Holmes, an acquaintance of Anthony Fauci, who was the Director of the NIAID, posted a link to GenBank on the Virological.org website.[7]

---

[5] *SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness,* bioRvix.org, at 5–6 (June 11, 2020) ("Moderna/NIH Preprint"). Available from https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.

[6] Available from https://www.ncbi.nlm.nih.gov/nuccore/MN908947.

[7] Novel 2019 coronavirus genome. January 10, 2020.  Available from https://virological.org/t/novel-2019-coronavirus-genome/319

6

On January 11, 2020, news of the genome sequence posted by Eddie Holmes was reported by Science Magazine.[8]

The NIH NIAID Grant No. T32-AI007151, referenced in Moderna's Preprint, is commonly associated with research conducted at the University of North Carolina at Chapel Hill, which has been funded by the NIAID since at least 1985 under the "Project Narrative" titled "Infectious Disease Pathogenesis Research Training Program",[9] and is the same funding mechanism used by Moderna to prepare the Preprint and develop a "prototype pathogen" for its COVID-19 vaccines.[10]

In its Preprint, Moderna claims that within 5 days of sequence release on January 10, 2020, current Good Manufacturing Practice (cGMP) production of "mRNA/LNP expressing the SARS-CoV-2 S-2P as a transmembrane-anchored protein with the native furin cleavage site (mRNA-1273)" had been initiated in parallel with preclinical evaluation. This, Moderna claims, "led to the start of a first in human Phase 1 clinical trial on March 16, 2020, 66 days after the viral sequence was released, with a Phase 2 that began 74 days later on May 29, 2020. The

---

[8] Jon Cohen. *Chinese researchers reveal draft genome of virus implicated in Wuhan pneumonia outbreak.* January 11, 2020. Available from https://www.sciencemag.org/news/2020/01/chinese-researchers-reveal-draft-genome-virus-implicated-wuhan-pneumonia-outbreak.

[9] Available from https://reporter.nih.gov/search/1DhNG2eJl0a_pl96ntZZrQ/projects.

[10] *SARS-CoV-2 mRNA Vaccine Development Enabled by Prototype Pathogen Preparedness,* bioRvix.org, at 5–6 (June 11, 2020) ("Moderna/NIH Preprint"). Available from https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.

7

complete "prototype pathogen" timeline for Moderna's mRNA-1273's progression to clinical trial in 2020 started seven years earlier in 2013:[11]



To state differently, Moderna claimed its COVID-19 vaccines are based on a "Prototype Pathogen": "This is fundamental to the prototype pathogen approach for pandemic preparedness",[12] a "prototype pathogen" program funded by Anthony Fauci while serving as the Director of the NIAID.[13] In September 2022, the "Prototype Pathogen" approach of Moderna and the NIAID was heralded as an advancement in pandemic preparedness by the Biden Administration.[14]

The biological agent of war, a planned "prototype pathogen" given the name "SARS-CoV-2", constitutes false or misleading information and a hoax which

---

[11] *Id.* Extended Data Figure 2 to "Moderna/NIH Preprint". Available from https://www.biorxiv.org/content/10.1101/2020.06.11.145920v1.full.pdf.

[12] *Id.* at 5, lines 73-74.

[13] Anthony Fauci, *et al., Prototype Pathogen Approach for Vaccine and Monoclonal Antibody Development: A Critical Component of the NIAID Plan for Pandemic Preparedness.* J Infect Dis. 2022 Jul 25:jiac296. doi: 10.1093/infdis/jiac296. Epub ahead of print. PMID: 35876700; PMCID: PMC9384504. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9384504/;

[14] See *First Annual Report on Progress Towards Implementation of the American Pandemic Preparedness Plan* ("The U.S. Government continues to expand its capabilities for development of next-generation COVID vaccines and vaccines against other high-priority viruses…utilizing the prototype pathogen approach…." Available from https://www.whitehouse.gov/wp-content/uploads/2022/09/09-2022-AP3-FIRST-ANNUAL-REPORT-ON-PROGRESS.pdf

violates 18 U.S.C. §1038(a), for which a civil cause of action is provided under 18 U.S.C. §1038(b).

On or about March 5, 2023, the House Select Subcommittee on the Coronavirus Pandemic Majority Staff released its Report[15] pointing to "new evidence" that on February 1, 2020, Dr. Anthony Fauci, Dr. Francis Collins, and at least eleven other scientists convened a conference call to discuss how to conceal the fact that the biological agent of war, a planned "prototype pathogen" given the name "SARS-CoV-2" "leaked from a lab in Wuhan, China and, further, may have been intentionally genetically manipulated". See Intervenors' Reply Exhibit 3.

The "new evidence" revealed Dr. Fauci "prompted" the drafting of "Proximal Origin",[16] a science paper that would "disprove" the lab leak theory, and where Fauci and the authors of this paper "skewed available evidence to achieve that goal", is consistent with the allegations in ¶¶ 21-23, 26, and 37-110 of Intervenors' proposed Complaint. (Doc. 7).

In *State v. Rosado*, 134 Conn. App. 505, 517 n.4 (Conn. App. Ct. 2012), the Court made reference to "[t]he dog that didn't bark in the night", which was a point made by Sherlock Holmes in "Silver Blaze", a story by Sir Arthur Conan Doyle. The fact that the watch dog did not bark while the racehorse was being stolen led

---

[15] *New Evidence Resulting from the Select Subcommittee's Investigation into the Origins of COVID-19 – "The Proximal Origin of SARS-CoV-2"*. March 5, 2023. Available from https://oversight.house.gov/wp-content/uploads/2023/03/2023.03.05-SSCP-Memo-Re.-New-Evidence.Proximal-Origin.pdf.

[16] Andersen KG, Rambaut A, Lipkin WI, Holmes EC, Garry RF. The proximal origin of SARS-CoV-2. Nat Med. 2020 Apr;26(4):450-452. doi: 10.1038/s41591-020-0820-9. PMID: 32284615; PMCID: PMC7095063. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095063/.

Holmes to conclude that: "Obviously the midnight visitor was someone whom the dog knew well."

Here, Defendant HHS knew the WHO and the Communist Party of China declared biological war against the United States and its citizens by converting a "gain-of-function" coronavirus into a planned biological "agent of war" given the name "SARS-CoV-2", but remained silent, as did the watch dog in Silver Blaze.

Defendants' opposition makes the case for both intervention and class certification for declaratory relief given recent developments regarding the true nature and origin of the bioterrorist attack disguised as a pandemic.

## CONCLUSION

For the reasons set forth above, the proposed Intervenors-Plaintiffs respectfully request that the Court grant their motion to intervene as of right, or, in the alternative, allow the Proposed Intervenors-Plaintiffs to intervene permissively.

Respectfully submitted this 12th day of March 2023.

*Emanuel McCray*
Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668
(564) 208-7576
emanuel.mccray@hotmail.com

10