IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS and<br>STATE OF OKLAHOMA ,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>EMANUEL McCRAY, on behalf of himself<br>and all other similarly situated,<br><br>　　　　　　Intervenor Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>　　　　　　Defendants. | Civ. A. No. 4:23-cv-00066-Y |

**DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFFS' COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF</u>**

　　　　Defendants move to dismiss Plaintiffs' Complaint for Declaratory and Injunctive

Relief (Doc. 1) under Federal Rule of Civil Procedure 12(b)(1).  As further detailed in the

accompanying brief in support of this motion, Plaintiffs' complaint fails for threshold

reasons, including standing and ripeness, and should be dismissed for lack of subject

matter jurisdiction.  Moreover, Plaintiffs fail to establish their entitlement to

extraordinary injunctive relief, as Plaintiffs are unlikely to succeed on the merits of their

claims and the balance of equities favors denying Plaintiffs' request for injunctive relief.

Dated:  March 27, 2023

    Respectfully submitted,

    LEIGHA SIMONTON
    UNITED STATES ATTORNEY

    s/ *Marti Cherry*
    Mary M. (Marti) Cherry
    Assistant United States Attorney
    Texas Bar No. 24055299
    1100 Commerce Street
    Third Floor
    Dallas, Texas  75242
    Telephone:  214-659-8600
    Facsimile:  214-659-8807
    E-mail:  mary.cherry@usdoj.gov
    *Attorneys for Defendants*

## Certificate of Service

On March 27, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    *s/ Mary M. (Marti) Cherry*
    Mary M. (Marti) Cherry
    Assistant United States Attorney

**Defendants' Motion to Dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief – Page 2**