1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., ) | **Case No.:  4:23-cv-00066-Y** |
| Plaintiffs,) | |
| v. ) | **INTERVENORS' RESPONSE IN** |
| ) | **OPPOSITION TO DEFENDANTS'** |
| U.S. DEPARTMENT OF HEALTH AND ) | **MOTION TO DISMISS** |
| HUMAN SERVICES, ET AL., ) | **[DOC. 14]** |
| ) | |
| Defendants.) | |
| ) | |
| EMANUEL MCCRAY, *On Behalf of* ) | |
| *Himself and All Others Similarly Situated,* ) | |
| ) | |
| Intervenors-Plaintiffs.) | |
| _____ ) | |

*Emanuel McCray*
Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668
(564) 208-7576
emanuel.mccray@hotmail.com

# TABLE OF CONTENTS

TABLE OF CONTENTS.............................................................................. i

TABLE OF AUTHORITIES................................................................... ii

I.      LEGAL STANDARDS .................................................................1

II.     ARGUMENT..................................................................................1

        A.    Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil
              Procedure Are Not Appropriate Vehicles To Resolve the Issues...........1

CONCLUSION .....................................................................................9

CERTIFICATE OF SERVICE ........................................................... 10

i

# TABLE OF AUTHORITIES

**Cases**                                                                                   **Page(s)**

Marbury v. Madison
    5 U.S. (1 Cr.) 137 (1803) ............................................................................ 1,8

**Statutes**

Federal Rules of Civil Procedure

    Rule 12(b)(1) ................................................................................... 1, 8, 9

    Rule 12(b)(6) ................................................................................... 1, 8, 9

Code of Federal Regulations

    42 C.F.R. § 70.1(3) through (5) ............................................................ 1, 8, 9

**Miscellaneous**

Julius Goebel, Antecedents and Beginnings to 1801, History of the
Supreme Court of the United States 60–95 (1971) .........................................8

## I.     LEGAL STANDARDS

Context is important. This is particularly so in a proceeding arguably involving judicial review. Mr. Chief Justice Marshall, in delivering the opinion of the Court in *Marbury v. Madison*, 5 U.S. 137 (1803), asked:

> "Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? if it is closed upon him, and cannot be inspected by him?" *Id.*, 5 U.S. at 180.

The Defendants, by moving to "dismiss all claims for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) or 12(b)(6)", are making the argument that the Plaintiff States, and the Intervenor Plaintiffs, cannot challenge the constitutionality of the three definitions found in 42 C.F.R. § 70.1(3) through (5). (Doc. 15 at 15).

## II.     ARGUMENT

## A.     Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure Are Not Appropriate Vehicles To Resolve the Issues.

Defendants claim, without supporting evidence, that "COVID-19 is an easily transmissible, communicable disease that did not originate in the United States but rather migrated across the world, killing millions", (Doc. 15 at 6), and that "various definitions from other entities is particularly reasonable…especially where the communicable disease being considered does not originate in the United States, as with COVID-19." *Id.* at 26.

1

The problem with Defendants' claim is multifold and highly factual. The entire membership of the U.S. Intelligence Community ("USIC"), the international media, and academic institutions, cannot agree on when and where "COVID-19" began as evidenced by the following open-source intelligence ("OSINT"):

(1)  **Ranking Member Michael T. McCaul, House Foreign Affairs Committee Minority Staff:**[1] "Based on the material collected and analyzed by the Committee Minority Staff, the preponderance of evidence suggests SARS-CoV-2 was accidentally released from a Wuhan Institute of Virology laboratory sometime prior to September 12, 2019";

(2)  **United States Intelligence Community ("IC"):**[2] "The IC assesses that SARS-CoV-2, the virus that causes COVID-19, probably emerged and infected humans through an initial small-scale exposure that occurred no later than November 2019 with the first known cluster of COVID-19 cases arising in Wuhan, China in December 2019";

(3)  **World Health Organization ("WHO"):** "Key Action" on 31 December 2019, "WHO's Country Office in the People's Republic of China picked up a media statement by the Wuhan Municipal Health Commission from their website on cases of 'viral pneumonia' in Wuhan, People's Republic of China";[3]

(4)  **Johns Hopkins Medicine**:[4] "The first case of COVID-19 was reported Dec. 1, 2019, and the cause was a then-new coronavirus later named SARS-CoV-2";

(5)  **The Epoch Times**:[5] "The first COVID-19 cases were officially

---

[1] *McCaul Releases Addendum to Origins of COVID-19 Report.* Press Release 08.01.21. Available from https://gop-foreignaffairs.house.gov/wp-content/uploads/2021/08/ORIGINS-OF-COVID-19-REPORT.pdf.
[2] *Unclassified Summary of Assessment on COVID-19 Origins.* Office of the Director of National Intelligence. August 27, 2021. Available from https://www.dni.gov/files/ODNI/documents/assessments/Unclassified-Summary-of-Assessment-on-COVID-19-Origins.pdf.
[3] *Timeline: WHO's COVID-19 response.* Available from https://www.who.int/emergencies/diseases/novel-coronavirus-2019/interactive-timeline?gclid=CjwKCAjwhaaKBhBcEiwA8acsHLc6m8UYYkFCxN3-bteKIbCitrebRIPpHxDtyiq2ckh4n5skAbjJjRoCmrsQAvD_BwE#event-57.
[4] *What Is Coronavirus?* The Johns Hopkins University, The Johns Hopkins Hospital, and Johns Hopkins Health System. Available from https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus.

2

reported on Dec. 31, 2019";

(6) **Shi Zheng-Li (Wuhan Institute of Virology)**:[6] "The epidemic, which [officially] started on 12 December 2019, had caused 2,794 laboratory-confirmed infections including 80 deaths by 26 January 2020";

(7) **Bernd Kaina (Institute of Toxicology, University Medical Center, Mainz, Germany)**:[7] The epidemic started in the Chinese city of Wuhan…in December 2019…. The first case of illness in Wuhan was reported on December 1, 2019 and the first official case, a patient with pneumonia from Wuhan, was reported to the WHO by Chinese authorities on December 31, 2019…. The start of the epidemic is officially given [by Chinese national Shi Zheng-Li[8]] as December 12, 2019 in Wuhan."

(8) **Sharri Markson (Sky News Australia)**:[9] "This [12th day] in September is when the evidence suggests a lab leak first occurred");

(9) **Michael Richard Pompeo (U.S. Secretary of State (2018-2021))**:[10] "I've seen data points that place it in the summertime of 2019, late summer July or August of 2019…. This is all the cumulative weight of the evidence that suggests it did come [from] this lab [Wuhan Institute of Virology]";

(10) **Internet 2.0/Internet 2.0 Inc.**:[11] "Internet 2.0, specializing in digital

---

[5] Daniel Y. Teng. PCR Sales Soared in Wuhan Before 1st Official COVID-19 Cases Publicized: Report. October 5, 2021. Available from https://www.theepochtimes.com/mkt_app/pcr-sales-soared-in-wuhan-before-first-official-covid-19-cases-publicised-report_4032361.html?utm_source=appan2028210?v=ul; https://www.theepochtimes.com/part-1-a-detailed-examination-of-events-leading-up-to-the-coronavirus-pandemic-truth-over-news_4033423.html.

[6] Zhou P, Yang XL, Wang XG, et al. *A pneumonia outbreak associated with a new coronavirus of probable bat origin.* Nature. 2020;579(7798):270-273. doi:10.1038/s41586-020-2012-7. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095418/.

[7] Kaina B. *On the Origin of SARS-CoV-2: Did Cell Culture Experiments Lead to Increased Virulence of the Progenitor Virus for Humans?* In Vivo. 2021;35(3):1313-1326. doi:10.21873/invivo.12384. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8193286/.

[8] Zhou P, Yang XL, Wang XG, et al. *A pneumonia outbreak associated with a new coronavirus of probable bat origin.* Nature. 2020;579(7798):270-273. doi:10.1038/s41586-020-2012-7. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7095418/.

[9] Sharri Markson. *SPECIAL INVESTIGATION: What Really Happened in Wuhan.* Sky News Australia. September 27, 2021. Available from https://www.youtube.com/watch?v=oh2Sj_QpZOA.

[10] *Id.,* at 25:00min mark.

[11] *Procuring for a Pandemic: An Assessment of Hubei Province (China) PCR Procurement Assessments.* Internet 2.0. Available from https://internet2-0.com/whitepaper/procuring-for-a-pandemic/; https://internet2-0.com/PCR%20Purchasing%20Report%20Wuhan%20China.pdf.

forensics and intelligence analysis…, we have come to the conclusion that based on the data analysed it suggests the virus was highly likely to be spreading virulently in Wuhan, China as early as the summer of 2019 and definitely by the early Autumn"; and

(11) **Joyce Kelly R. da Silva, et al.**:[12] "The epidemic started in December 2019 in Wuhan, China…and is now a global pandemic."

The above OSINT informed the Defendants and the WHO that in 2019, China was experiencing a virus of major importance to the entire world should billions of people become infected with this spreading pathogen.

The WHO took its first action on January 10, 2020 by publishing a "comprehensive package of guidance documents for countries, covering topics related to the management of an outbreak of a new disease",[13] six months after the earliest intelligence known to U.S. Secretary of State Michael Pompeo.

On January 20, 2020, the State of Washington and the U.S. Centers for Disease Control and Prevention ("CDC") diagnosed the first person in the United States with COVID-19.[14] The CDC, rather than rely on this genome sequence to obtain its emergency use authorization ("EUA") on February 4, 2020, instead relied

---

[12] Silva JKRD, Figueiredo PLB, Byler KG, Setzer WN. *Essential Oils as Antiviral Agents. Potential of Essential Oils to Treat SARS-CoV-2 Infection: An In-Silico Investigation.* Int J Mol Sci. 2020;21(10):3426. Published 2020 May 12. doi:10.3390/ijms21103426. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7279430/.

[13] World Health Organization. *Timeline: WHO's COVID-19 response.* Available from https://www.who.int/emergencies/diseases/novel-coronavirus-2019/interactive-timeline.

[14] Harcourt J, Tamin A, Lu X, et al. *Isolation and characterization of SARS-CoV-2 from the first US COVID-19 patient.* Preprint. bioRxiv. 2020;2020.03.02.972935. Published 2020 Mar 7. doi:10.1101/2020.03.02.972935. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7239045/; Harcourt J, Tamin A, Lu X, et al. *Severe Acute Respiratory Syndrome Coronavirus 2 from Patient with Coronavirus Disease, United States.* Emerg Infect Dis. 2020;26(6):1266-1273. doi:10.3201/eid2606.200516. Available from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7258473/; and *Severe acute respiratory syndrome coronavirus 2 isolate SARS-CoV-2/human/USA/WA-CDC-WA1/2020, complete genome.* GenBank: MN985325.1. Available from https://www.ncbi.nlm.nih.gov/nuccore/MN985325.

4

upon the data released by the Communist Party of China, which was prepared by

Australian national Edward C. "Eddie" Holmes,[15] a known acquaintance of

Anthony Fauci and Jeremy Farrar. The CDC informed the U.S. Food and Drug

Administration ("FDA") that reliance upon the data released by the Communist

Party of China was necessary:[16] "Since no quantified virus isolates of the 2019-

nCoV were available for CDC use at the time the test was developed and this study

conducted…." *Id.* at 40.

On January 30, 2020, the WHO took its second major action by declaring the

"novel coronavirus outbreak a public health emergency of international concern

(PHEIC), WHO's highest level of alarm."

The Defendants admit the United States did not declare a public health

emergency until January 31, 2020,[17] (Doc. 15 at 16-17), one day **after** the WHO

declared a world PHEIC, eleven days after the CDC diagnosed the first case of

COVID-19 in the United States, and nearly six months after the virus was first

detected. This outcome is highly factual, and the Plaintiffs are entitled to a little

discovery to ascertain the reason for the Defendants' delayed reaction.

---

[15] See, Wu F, Zhao S, Yu B, et al. *A new coronavirus associated with human respiratory disease in China* [published correction appears in Nature. 2020 Apr;580(7803):E7]. Nature. 2020;579(7798):265-269. doi:10.1038/s41586-020-2008-3. Available from: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7094943/.

[16] *CDC 2019-Novel Coronavirus (2019-nCoV) Real-Time RT-PCR Diagnostic Panel.* February 4, 2020. Available from https://www.fda.gov/media/134922/download.

[17] Administration for Strategic Preparedness and Response (ASPR). *Determination That a Public Health Emergency Exists.* January 31, 2020. Available from https://aspr.hhs.gov/legal/PHE/Pages/2019-nCoV.aspx.

5

The Defendants vigorously assert their power under the public health laws to quarantine and isolate individuals and prevent the introduction of deadly diseases into the United States, (Doc. 15 at 8-10), while also claiming "COVID-19 … did not originate in the United States…." (Doc. 15 at 6.) This claim is also highly factual, and the Plaintiffs are entitled to some discovery.

By arguing as such, Defendants necessarily admit responsibility and liability for allowing "SARS-COV-2" and "COVID-19" to enter the United States where they were first discovered in Washington State.

The Defendants continued their defense of the definitions in question by further arguing: "It also bears noting that the public health emergency declarations issued (and renewed multiple times) in response to the COVID-19 pandemic never relied on a determination by WHO as a justification…." (Doc. 15 at 16.) This claim is highly factual, and the Plaintiffs are entitled to some form of discovery.

It also bears noting that on November 28, 2022, Defendant HHS and the "Biden Harris Administration offered support for the World Health Organization (WHO) announcement that it is renaming monkeypox disease to mpox."[18] Defendant HHS claims the name change can "help enhance the U.S. response to [monkey]pox" by using a term that does not conflict with the WHO's "best practices" of naming new diseases "with the aim to minimize unnecessary negative

---

[18] *Biden Harris Administration Supports the World Health Organization Renaming of Monkeypox to mpox.* Available from https://www.hhs.gov/about/news/2022/11/28/biden-harris-administration-supports-the-world-health-organization-renaming-of-monkeypox-to-mpox.html.

6

impact of names on trade, travel, tourism or animal welfare, and avoid causing offence to any cultural, social, national, regional, professional or ethnic groups."

On November 8, 2020, The Washington Post reported that "Olivia Troye", a former homeland security and counterterrorism adviser to Vice President Pence was a coconspirator in a "four-year movement to defeat Trump in 2020", before and during the "coronavirus pandemic". According to the Washington Post reporting, Troye admitted watching the "virus closely as it continued to spread in Wuhan",[19] while the Defendants failed to prevent the virus from spreading to the United States.

Former White House Correspondent Emerald Robinson exposed Troye as an individual having no science or medical credentials to qualify her for service with Vice President Pence as his "COVID Advisor":[20]



---

[19] Philip Rucker, Dan Balz, Robert Costa, Amy B Wang and Cleve R. Wootson Jr. *Voices from the fight: An oral history of the four-year movement to defeat Donald Trump.* The Washington Post. November 8, 2020. Available from https://www.washingtonpost.com/graphics/2020/elections/trump-opposition-oral-history/; https://web.archive.org/web/20201108130012/https://www.washingtonpost.com/graphics/2020/elections/trump-opposition-oral-history/.

[20] Available from https://twitter.com/EmeraldRobinson/status/1400179231208968198. (McCray and Robinson follow each other on Twitter.)

7

It is also worth noting that the entire world, including the Several States, waited for the WHO to call the ball before taking any emergency precautions.

Contextually, it does appear the United States relies upon the WHO for its healthcare leadership and did in fact wait for the WHO to assume the leadership role to justify declaring a public health emergency "nationwide" in the U.S. Thus, the three definitions found in 42 C.F.R. § 70.1(3) through (5) are subject to judicial review under the Federal Constitution, which is one key feature of the federal judicial power, and which is best exercised after some type of factual discovery.

Moreover, the concept of judicial review was already established at the time of the Founding where the Privy Council had earlier employed a limited form of judicial review to review colonial legislation and its validity under the colonial charters.[21] The U.S. Supreme Court first formally embraced the doctrine of judicial review in *Marbury v. Madison*, 5 U.S. (1 Cr.) 137 (1803).

In their motion to dismiss, the Defendants have failed to provide any authority that Fed. R. Civ. P.  Rules 12(b)(1) and (b)(6) trumps this court's power of "judicial review", to determine the constitutionality of the three definitions found in 42 C.F.R. § 70.1(3) through (5), before allowing some form of discovery of this highly factual issue, particularly, where as here, the Defendants claim to have power to quarantine and isolate individuals to prevent the introduction of deadly diseases

---

[21] Julius Goebel, Antecedents and Beginnings to 1801, History of the Supreme Court of the United States 60–95 (1971).

8

from foreign countries, yet failing to prevent the introduction of SARS-COV-2 and COVID-19 into the United States while waiting for the WHO to announce a PHEIC.

The Defendants' motion to dismiss under Rule 12(b)(1) or (b)(6) underscores the reason why some discovery is needed. Granting the Defendants relief in their motion to dismiss will omit the very facts underlying the reason for the three definitions found in 42 C.F.R. § 70.1(3) through (5), if in fact these definitions will never be relied upon to make healthcare decisions for this Nation.

Thus, the immediate question raised centers on the purpose for the appearance of the three definitions found in 42 C.F.R. § 70.1(3) through (5) in the first place. To avoid an incorrect judicial decision, discovery is necessary to ensure that judicial review is based upon developed facts and not solely on the say-so of the Federal Executive Department.

**CONCLUSION**

For the reasons set forth above, the proposed Intervenors-Plaintiffs respectfully request that the Court deny Defendants' motion to dismiss. Respectfully submitted this 31st day of March 2023.

*Emanuel McCray*
Emanuel McCray

9

## CERTIFICATE OF SERVICE

On March 31, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

I hereby certify that I served all parties electronically or as authorized by Federal Rule of Civil Procedure 5(b)(2).


*Emanuel McCray*
Emanuel McCray

10