IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al. | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-66-Y |
| | § | |
| UNITED STATES DEPARTMENT | § | |
| OF HEALTH AND HUMAN | § | |
| SERVICES, et al. | § | |

## FINAL JUDGMENT

In accordance with the Court's order granting Defendants' motion to dismiss (doc. 27) and Federal Rule of Civil Procedure 58, all of Plaintiffs' claims against Defendants in this action are hereby **DISMISSED without prejudice**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED August 18, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE